*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Jawson D. Swint, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 29147. PATTERSON v. RICKETTS.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur. Gunter and Ingram, JJ., concur specially.*

DECIDED NOVEMBER 5, 1974.

Jerry Patterson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 29210. MANDERS v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed with direction. All the Justices concur. Gunter and Ingram, JJ., concur specially.*

DECIDED NOVEMBER 5, 1974.

James Estel Manders, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.